# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## NORTHERN DIVISION

U.S.A. vs. Richard Moore                                           Docket No. 2:12-CR-8-1D

### Petition for Action on Supervised Release

       COMES NOW Michael W. Dilda, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Richard Moore, who, upon an earlier plea of guilty to Felon in Possession of a Firearm, was sentenced by the Honorable Joseph A. Greenaway, Jr., U.S. District Judge in the District of New Jersey (08-923-01), on July 10, 2009, to the custody of the Bureau of Prisons for a term of 41 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 3 years under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.

2. The defendant shall provide the U.S. Probation Office with full disclosure of his financial records to include yearly income tax returns upon the request of the U.S. Probation Office. The defendant shall cooperate with the probation officer in the investigation of his financial dealings and shall provide truthful monthly statements of his income.

3. The defendant shall cooperate in the collection of DNA as directed by the probation officer.

       Richard Moore was released from custody on July 29, 2011, at which time the term of supervised release commenced in the Eastern District of North Carolina. On May 11, 2012, jurisdiction was transferred to the Eastern District of North Carolina.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

       On May 5, 2014, the defendant reported to the probation officer during an office visit that he left the judicial district without permission in April 2014. Moore acknowledged that he accompanied his mother on a trip to New Jersey to assist with a family crisis. While in New Jersey, the defendant was stopped by an Essex County Sheriff's deputy in Newark on April 15, 2014. He was issued traffic citations for Operating a Vehicle While License Suspended and Failure to Make (Auto) Repairs. These citations are pending disposition. Other than the above-noted violations,

Richard Moore
Docket No. 2:12-CR-8-1D
Petition For Action
Page 2

Moore has made a favorable adjustment to supervision which is set to expire on July 28, 2014. As a sanction for this violation conduct, it is recommended that the defendant submit to the home incarceration program until his discharge from supervision. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

    **PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall abide by all conditions and terms of the home detention program for a period not to exceed 30 consecutive days or no later than July 28, 2014. The defendant shall be restricted to his residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures specified by the probation officer. The government will pay for the services.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Dwayne K. Benfield<br>Dwayne K. Benfield<br>Supervising U.S. Probation Officer | /s/ Michael W. Dilda<br>Michael W. Dilda<br>U.S. Probation Officer<br>201 South Evans Street, Room 214<br>Greenville, NC 27858-1137<br>Phone: 252-758-7200<br>Executed On: June 26, 2014 |

### ORDER OF COURT

Considered and ordered this __4__ day of __July__, 2014, and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
Chief U.S. District Judge